

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN
~~ATTORNEY GENERAL~~
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Honorable Thos. A. Wheat
County Attorney
Liberty, Texas

Dear Sir:                                         Opinion No. O-28

        Your request for an opinion in reply to two questions has
been received at this Office, the substance of such questions being as
follows:

        1.   Would it be a violation of the Nepotism Law for one of
your commissioners to employ a man who is married to the commissioners'
wife's second cousin, and

        2.   Would it be a violation of such law for another of the
county commissioners to employ the husband of a first cousin of the Com-
missioner?

        While you do not so say in your letter, it is presumed that
such employees would be paid out of the county funds.

        Article 432 of the Penal Code provides that "no officer of
this State or any officer of any county, city, precinct ets. shall appoint
etc. any person related within the second degree by affinity or within
the third degree by consanguinity to the person so appointing etc."

        The commissioner's wife's second cousin would be related to
him by affinity in the third degree and the other commissioner's first
cousin's husband would be related to him by affinity in the second degree.
T.T.R.R. Co. v. Overton, 1 App. C.C. Para. 533, Baker v. McRimmon (Civ.
App.) 48 S.W. 742; Ex Parte West, 60 Cr. R. 485, 132 S.W. 339; 2 C.J. 379.

        It follows that the commissioner is not prohibited by Article
432 from employing his wife's second cousin but that the other commissioner
is prohibited from employing the husband of his first cousin. Hence,
your first question is given a negative answer and your second question
an affirmative answer.

                                        Yours very truly

                                        ATTORNEY GENERAL OF TEXAS

GRL-N-wc                                 By s/ Glenn R. Lewis
                                              Assistant

APPROVED:
s/ GERALD C. MANN
ATTORNEY GENERAL OF TEXAS